400 S Virginia St Reno, NV 89501

FOR THE

STATE OF NEVADA, CITY OF RENO NEVADA

I.....

[ NOTE THAT ADA CASE NUMBERS ARE ASSOCIATED WITH

 US Department of Justice

950 Pennsylvania Avenue, NW

Civil Rights Division                    3:20-CV-00074

Disability Rights Section – 1425 NYAV

Washington, D.C. 20530  (202)514-2000 ]

```
 ✓  FILED        ___ RECEIVED
 ___ ENTERED     ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB - 4 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
 BY: _____ DEPUTY
```

Paid Amt $400.00  Date 2/4/2020
NVRNO-
Receipt # 4869   Initials

DAVID SCOTT BENOIT

6095 S VIRGINIA ST

RENO, NV 89511

(775) 200-4042

VS

 ZURICH

11290 Pyrites Way Ste 200, Gold River, CA 95670  9166351113 (ADA CASE NUMBER 20-17vqd-0fpi )

AND

 FARMERS INSURANCE

6301 Owensmouth Avenue

Woodland Hills, California 91367   (323) 932-3200  (ADA CASE NUMBER 20-17w5l-544e )

AND

JOHNNIE WALKER RV

Outlet 5800 Boulder Hwy. Las Vegas, NV 89122   7027106421   A9ADA CASE NUMBER

1

20-17wfj-0fpi )

AND

STATE OF NEVADA (DOI NEVADA AND NERC AND {OTHERS TO BE DETERMINED AT A LATER DATE} AND

1100 E William St, Carson City, NV 89701  ( ADA CASE NUMBER 20-17vdv-0fpi )

AND

DR MALINAS

639 Isbell Rd Ste 380, Reno, NV 89509

(775) 440 - 1520  (ADA CASE NUMBER 20-17wsm-0fpi )

AND

RENOUWN HOSPITAL 7759823500

1495 Mill St, Reno, NV 89502  ( ADA CASE NUMBER  20-17xbu-0fpi)


II.....

CASE HISTORY:

1.  ON 12/15, JOHNNIE WALKER RV AND FARMER INSURANCE (ZURICH ) SOLD AN RV  AND THE INSURANCE POLICY, RESCTIVE, ( INSURANCE VIA JOHNNIE WALKER TRAILER ) ON AN RV THAT WAS INFESTED WITH MOLD THAT WAS COVERED UP WITH FANCY CHEMICALS, AIR FRESHNERS, AND LIES.  THE DISCOVERY DATE OF THE MOLD WAS IN 2/16.  JOHNNIE WALKER AT NO TIME DISCLOSED TO ME THAT THE RV WAS INVESTED WITH MOLD.  I  DISCLOSED TO JOHNNIE WALKER RV , PRIOR TO THE SHOWING OF THE RV THAT I HAD DISABILITIES AND THAT I COULD NOT BE AROUND MOSITURE NOR MOLD WITH GREAT CLARITY AS MY DOCTOR (DR REDDY OF RENO NEVADA) DISCLOSED TO ME THAT AS A HUMIRA PATIENT I HAVE TO AVOID MOLD AT ALL COST AS THE EXPOSURE OF MOLD COULD KILL ME. I DISCLOSED THIS BLACK BOX WARNING LABEL TO ROBERT PREVOST ( JOHNNIE WALKER RV SALESMAN ). ROBERT PREVOST MANAGER ALSO KNEW THAT I HAD DIABILITIES AS I HAS SPOKE TO THE MANAGER TO VERIFY THAT THE DENALI 270 FK HAD A INSULATION PACKAGE AS I WANTED THE MOST PROTECTION AGAINST THE ELEMENTS , AROUND A WEEK PRIOR TO THE SHOWING OF THE RV. I WAS SHOWN AND SOLD THE RV WITHOUT POROPER DISCLOSURE THAT THE RV HAD MOLD AND JOHNNIE WALKER RV DID SHOW AND SELL THE RV TO ME KNOWING THAT THE RV COULD HARM ME GREATLY. JOHNNIE WALKER RV REFUSED TO RESOLVE THE ISSUE ON 2/2016 AND THE MANAGER OF JOHNNIE WALKER RV STATED THAT THE PREVIOUS OWNER WOULD COME TO COURT AND LIE.

2.  AROUND 2/2016, I REPORTED TO FARMERS INSURANCE . FARMERS INSURANCE PROCEEDED TO REFUSE THE ACKNOWLEGDMENT OF THE MOLD AND FURTHER PROCEEDED TO ATTEMPT TO COVER UP THE PRESENCE OF THE MOLD IN THE RV.

3.  AROUND 3/15/2016, I THEN REPORTED THE INSURANCE FRAUD AND ACCOMIDATION DISCRIMINATION TO DOI NEVADA.  NEVADA REFUSED TO INTAKE MY EVIDENCE AND THUS VIOLATED DUE PROCESS AND UDAAP RULES AND REGULATIONS

4.  AROUND 4/2016, I THEN REPORTED TO NEVADA EQUAL RIGHTS COMMISSION.  NERC REFUSED TO INTAKE THE EVIDENCE, AMERICAN MOBILE RV DOCS OF THE PRESENCE OF THE MOLD AND IT WAS VAST. NERC REFUSED TO INTAKE THE FDA BLACK BOX WARNING LABEL VIA HUMIRA PATIENTS. NERC ASSISTED JOHNNIE WALKER RV AND FARMERS INSURANCE

AVOID ANSWERING QUESTIONS REGARDING THE CHARGES. NERC IS ALSO GUILTY OF DUE PROCESS AND UDAAP AND DISCRIMINATION RULES AND REGULATIONS VIOLATIONS. BOTH THE NERC AND DOI NEVADA CASE EVOLVED TO THE TIMEFRAME OF AROUND 3/2019.

5. AROUND 3/2019, DR PHILLIP MALINAS , A PRIOR PSYCHIATRIST THAT I FIRED IN THE ( DAVID SCOTT BENOIT VERSUS WELLS FARGO ) CASE INTRODUCED HIMSELP TO ME IN THE DAVID SCOTT BENOIT VERSUS JOHNNIE WALKER RV AND FRAMERS INSURANCE (ZURICH ) BY WAY OF DOCUMENTATION THAT HE SENT TO THE WRONG ADDRESS. HIS OFFICE CALLED ME TO NOTIFY ME THAT THE PACKAGE THEY HAD RECIEVED. MR MALINAS WAS ALSO INVOLVED IN THE ILLEGAL HOLD AND ILLEGAL FORCED MEDS THAT WAS ADMINISTERED TO ME BY WAY OF RENWON HOSPITAL.

6. AROUND 5/2016, RENOWN HOSPITAL REFUSED ME SERVICE THE FIRST TIME THAT I ASKED TO BE ADMITTED WITH BRAIN SWELLING AND A REQUEST TO BE INTAKEN FOR THE MENTAL DIAGNOSIS ( TO OFFSET DR MALINAS DOCUMENTS SENT TO ME ). THE PHYSICIAN REFUSED ME INTAKE. THE PHYSICIAN AT RENOWN DID NOT DO THE DUE PROCESS TO MAKE A PROPER DETERMINATION AND HE CLEARLY WANTED TO GET RID OF ME QUICK.  I MADE MY WAY TO THE SIERRA JUNCTION ON SOUTH MEADOWS PARKWAY, RENO NEVADA, BY FOOT . THE BARTENDER CALLED THE CAB AFTER A SMALL TIME AT THE FACILITY. THE CAB DRIVER THEN SHOWED UP AND HE BROUGHT ME BACK TO RENOWN HOSPITAL ,AS I LEFT PERSONEL BELONGINS AT RENOWN, AND OFFERED TO ASSIST ME IN PICKING UP THE ITEMS AND AND I ASKED RENOWN TO MAKE SURE RENOWN PROPELY DOCUMENTED MY FIRST INTAKE AND RELEASE AS I RETRIEVED MY PERSONAL BELONGINGS AT RENOWN . THE CAB DRIVER THEN BROUGHT ME TO THE ATM AND THEN TO THE MAVERICK CONVENIENCE STORE AND THEN HOME. WHEN I GOT BACK HOME, I CALLED 911 TO GO BACK TO THE RENOWN HOSPITAL AND WAS SENT TO RENOWN BY WAY OF AMBULENCE. THE POLICE SHOWED UP PRIOR TO THE AMBULENCE.  AT RENOWN, I WAS PUT ON AN ILLEGAL HOLD AND AN ILLEGAL FORCED MEDS IN AN ATTEMPT TO PROTECT DR MALINAS REATLIATION AGAINST ME.  DR MALINAS WAS ALSO WORKING ON RETALIATION AGAINST ME ON BEHALF OF THE STATE OF NEVADA.  THE PSYCHIATRIST THAT LAST SAW ME AT RENOWN HAD ASKED ME IF I WERE GOING TO PUT CHARGES AGAINST THE STATE OF NEVADA AND THE ANSWER IS YES. I ASKED RENOWN (RENO BEHAVIORAL) NOT TO GIVE ME THE MEDS AS THEY WOULD HARM ME.

---

III.

NOW INTO COURT COMES DAVID SCOTT BENOIT. I AM A DISABLED PERSON THAT HAS BEEN REFUSED LEGAL REPRESENTATION AFTER YEARS OF BEGGING. I WILL BE REPRESENTING MYSELF OR UNTIL AN ATTORNEY IS RETAINED

---

IV.

WITNESS LIST

1. DARCEY WALKER FITCH  3700 Boulder Highway, Las Vegas, NV 89121  702-710-7383

2. FARMERS INSURANCE

3. ZURICH INSURANCE

4. DARREL HARRIS ( AND ALL NERC EMPLOYEES ASSOCIATED WITH MY CASE )

   1820 E Sahara Ave Ste 314, Las Vegas, NV 89104 702-486-7161

5. KIM KUHLMAN ( AND ALL DOI NEVADA EMPLOYEES ASSOCIATED WITH MY CASE)

Division of Insurance

1818 E. College Pkwy. Ste. 103

Carson City, NV 89706 775-687-0703

6. MATT FROM AMERICAN MOBILE RV SERVICE

2617 Danielle Dr, Carson City, NV 89706

7. Karl H. Smith

Managing Attorney

Law Offices of Karl H. Smith

Nevada Branch Legal

Farmers Insurance Exchange

Office: 702-408-3803

Mobile: 775-240-3995

e-mail: karl.smith@farmersinsurance.com

---

V.

WITNESS TO BE DETERMINED THROUGH NNAMES

1  PRIMARY PSYCHIATRIST AT RENOWN

2. "DR GEORGEOUS" REAL NAME. WENT ON VACATION AND DID NOT ADMINISTER THE FORCED MEDS

3. "DR SUNSHINE" REAL NAME. SHE ENFORCED THE FORCED MEDS AND SHE IS ALSO THE ONE THAT ASKED ME IF I WERE GOING TO BRING CHARGES AGAINST THE STATE OF NEVADA.

4. THE TWO FEMALE SOCIAL WORKERS THAT I DID MY GROUP WITH

5. THE NAME OF THE WORKER OF OF NEVADA DISABILITY ADVOCACY & LAW CENTER THAT WORKED ON MY CASE AT RENOWN ( RENO BEHAVIORAL )

REFER TO : Lynne Bigley, Esq.

Supervising Rights Attorney

Nevada Disability Advocacy & Law Center

1875 Plumas Street, #1

Reno, NV 89509

6. OTHER WITNESS TO BE ADDED AT A LATER DATE

---

VI.

THE CHARGES ARE TO INCLUDE DISABILITY DISCRIMINATION, CIVIL RIGHTS VIOLATONS,UDAAP,FRAUD,INTENT TO BRING PHYSICAL HARM TO A DISABLED PERSON

THE LONG TERM MENTAL/PHYSICAL DIAGNOSIS WILL BE PROVIDE AND SHOULD BE

4