## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID S. BENOIT, | ) | 3:20-cv-00074-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 25, 2020 |
| ZURICH, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's "Motion to Have a Judge Assigned to Case #3:20-cv-00074" (ECF No. 7) and Plaintiff's "Motion for Discovery" (ECF No. 9).

On February 4, 2020, the Clerk of Court sent Plaintiff correspondence advising Plaintiff of the case number assigned to his case. (ECF No. 2.) The Clerk of Court shall again send Plaintiff a copy of said correspondence (ECF No. 2).

Plaintiff's "Motion for Discovery" (ECF No. 9) is **DENIED** as premature. Once Dr. Malinas has filed a response to Plaintiff's Complaint, discovery and scheduling deadlines will be set.

Plaintiff is instructed to use the full case no. 3:20-cv-00074-MMD-WGC when filing documents with the court.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
      Deputy Clerk