1
2
3    UNITED STATES DISTRICT COURT
4    DISTRICT OF NEVADA
5    * * *
6    DAVID SCOTT BENOIT,                      Case No. 3:20-cv-00074-MMD-WGC
7                           Plaintiff,                ORDER
8        v.
9    ZURICH, *et al.*,
10                          Defendants.
11
12           This action was filed on February 04, 2020. (ECF No. 1.) The Court issued a notice
13   of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by
14   July 01, 2020. (ECF No. 17.) Plaintiff asked for an extension to file proof of service while
15   he sought legal representation. (ECF No. 18.) The Court granted the motion, and gave
16   Plaintiff until September 28, 2020, to file proof of service. (ECF No. 19.) The Court warned
17   Plaintiff "[f]ailure to file proof of service may result in dismissal of the action without
18   prejudice" and that "[t]here shall be no further extensions granted barring unforeseen and
19   extenuating circumstances . . .." (*Id.*) To date, no proof of service has been filed as to any
20   Defendant and Plaintiff has failed to show good cause why this action should not be
21   dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P.
22   4(m).
23           Accordingly, it is ordered, adjudged, and decreed that this action is dismissed
24   without prejudice.
25           DATED THIS 29th day of September 2020.
26
27           _____
             MIRANDA M. DU
28           CHIEF UNITED STATES DISTRICT JUDGE